1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RANDY ALEXANDER SANDOVAL,              No.  2:14-cv-0273 KJN P

12              Plaintiff,

13       v.                                 ORDER

14   DR. PALAGUMMI,

15              Defendant.

16

17          Plaintiff is a state prisoner at Deuel Vocational Institution, who proceeds without counsel

18   in this civil rights action filed pursuant 42 U.S.C. § 1983.  Plaintiff consented to the jurisdiction

19   of the undersigned magistrate judge for all purposes.  (ECF No. 5.)  See 28 U.S.C. § 636(c);

20   Local Rule 305(a).

21          By order filed February 5, 2014, plaintiff was directed to submit, within thirty days, an in

22   forma pauperis affidavit or the appropriate filing fee.  (ECF No. 4.)  Plaintiff was cautioned that

23   failure to timely comply with the court's order would result in the dismissal of this action. The

24   thirty-day period has now expired, and plaintiff has not responded to the court's order.

25          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

26   Dated:  March 14, 2014

27                                           _____
                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

28   /sand0273.fifp

                                                 1